**SHA-1 Hash:** 1A71646501E03AEC5DBA6E59AFE141A208DA4D23  **Title:** X-Art Siterip #24
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.129.54.25 | 2/6/2012 13:08 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 2 | 71.199.254.68 | 1/23/2012 10:11 | Orange Park | FL | Comcast Cable | BitTorrent |
| 3 | 98.231.122.254 | 12/10/2011 12:43 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 4 | 70.185.96.92 | 1/10/2012 11:20 | Gainesville | FL | Cox Communications | BitTorrent |
| 5 | 173.65.106.70 | 2/1/2012 4:49 | Tampa | FL | Verizon Internet Services | BitTorrent |
| 6 | 173.65.191.2 | 12/16/2011 15:24 | Saint Petersburg | FL | Verizon Internet Services | BitTorrent |

EXHIBIT A

LMFL13