UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MALIBU MEDIA, LLC.,

    Plaintiff,

vs.                                        Case No. 3:12-cv-338-J-25MCR

JOHN DOES 1-6,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Second Stipulated Motion for Substitution of Counsel (Doc. 12) filed April 24, 2012.  Plaintiff asks that counsel, Michael Keith Lipscomb, be substituted for former counsel, Steven Eisenberg.  Counsel represents that the appropriate notice pursuant to Local Rule 2.03(b) of the Local Rules for this Court has been provided to Plaintiff, who has no opposition to this Motion.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Second Stipulated Motion for Substitution of Counsel (Doc. 12) is **GRANTED**.  Steven Eisenberg is hereby relieved of any further responsibility as counsel for Plaintiff in this action.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  26th  day of April, 2012.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

-2-

Copies to:

Counsel of Record